# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR82 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| FRANCISCO JABIER VELASQUEZ | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's motion for reduction of sentence pursuant to Rule 35(b) and request for hearing (Filing No. 64). Having considered the matter,

IT IS ORDERED that:

1. The government's request for hearing, Filing No. 64, is granted.

2. A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) has been set before the undersigned United States district judge on **Thursday, July 28, 2005, at 8:30 a.m.** in Courtroom No. 2, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion. If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw.

4. **The Court has been advised the Defendant wishes to be present for this hearing and advises the U. S. Marshals Office that the Defendant is currently being held at the Cass County Jail.**

Dated this 21st day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge